KNICKERBOCKER VILLAGE, INC., Appellant, v. GEORGE GREIF et al., Respondents. KNICKERBOCKER VILLAGE, INC., Appellant, v. ANNA LACKOW et al.,

Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante,* p. 993.]